Columbia denied. *Mr. Conrad H. Syme* and *Mr. James W. Beller* for petitioner. *Mr. P. H. Marshall* for respondents.

---

No. 733. THE COMMISSIONERS OF LINCOLN PARK, PETITIONER, *v.* WESTRUMITE COMPANY OF AMERICA. January 31, 1910. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Seventh Circuit denied. *Mr. William R. Rummler* and *Mr. Eugene C. Mason* for petitioner. *Mr. Walter H. Chamberlin* for respondent.

---

No. 745. VIRGINIA PASSENGER & POWER COMPANY ET AL., PETITIONERS, *v.* LANE BROS. CO. January 31, 1910. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Henry W. Anderson* and *Mr. Eppa Hunton, Jr.,* for petitioners. *Mr. Thomas S. Martin* for respondent.

---

No. 748. THE UNITED STATES, PETITIONER, *v.* J. R. SIMON & COMPANY. January 31, 1910. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *The Attorney General, The Solicitor General,* and *Mr. Assistant Attorney General Lloyd* for petitioner. *Mr. Howard T. Walden, Mr. Henry J. Webster* and *Mr. W. Wickham Smith* for respondents.

---

No. 749. THE UNITED STATES, PETITIONER, *v.* LEOPOLD BARUCH. January 31, 1910. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second